JOSEPH BOODY, 3RD, A MINOR, BY HIS FATHER AND NEXT FRIEND, JOSEPH BOODY, 2ND, AND JOSEPH BOODY, 2ND, IN HIS OWN RIGHT, PLAINTIFFS-RESPONDENTS, v. JOHN M. WILSON, DEFENDANT-APPELLANT.

Argued January 31, 1955—Decided February 7, 1955.

*Mr. Sidney P. McCord, Jr.*, argued the cause for the appellant (*Messrs. Starr, Summerill & Davis*, attorneys; *Mr. William F. Hyland* on the brief).

*Mr. William S. Keown* argued the cause for the respondent (*Mr. N. Thomas Smaldore*, attorney; *Mr. Walter S. Keown*, of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, WACHENFELD, BURLING, JACOBS and BRENNAN—6.

*For reversal*—Justice OLIPHANT—1.